GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By:    JESSICA JEAN HU
       ARASTU K. CHAUDHURY
Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
Tel.:    (212) 637-2726/2633
Fax:     (212) 637-2717/2750
Email: jessica.hu@usdoj.gov
       arastu.chaudhury@usdoj.gov
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* GEORGE MARKELSON, as Executor of the Estate of STEPHEN MARKELSON, Deceased, PETER NADLER, and LORRAINE WATERS,<br><br>     Plaintiffs,<br><br> -against-<br><br>DAVID B. SAMADI, M.D., DAVID B. SAMADI, M.D., P.C., LENOX HILL HOSPITAL, and NORTHWELL HEALTH, INC.,<br><br>     Defendants. | 17 Civ. 7986 (DLC)<br><br>~~FILED UNDER SEAL~~ |

## THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE IN PART

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action. The United States intervenes as to relator's amended complaint and its allegations against Defendants Lenox Hill Hospital, and Northwell Health, Inc. (collectively, the "Intervened Defendants").

The United States further requests that all other papers previously submitted to or entered by the Court in this action, except the relator's complaint, remain under seal to preserve the confidentiality of the Government's investigation.

A proposed order accompanies this notice.

-2-

Dated:  New York, New York
        October 8, 2019

                          GEOFFREY S. BERMAN
                          United States Attorney for the
                          Southern District of New York
                          *Attorney for United States of America*

                 By:      /s/ *Jessica Jean Hu*
                          JESSICA JEAN HU
                          ARASTU K. CHAUDHURY
                          Assistant United States Attorneys
                          86 Chambers St., 3rd Floor
                          New York, New York 10007
                          (212) 637-2726 / 2633
                          jessica.hu@usdoj.gov
                          arastu.chaudhury@usdoj.gov