AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America (Plaintiff, ex rel.) George Markelson, as Executor of the Estate of Stephen Markelson, Deceased and Peter Nadler and Lorraine Waters, (Plaintiff-Relators) <br> *Plaintiff(s)* <br> v. <br> David B. Samadi, M.D., David B. Samadi M.D., P.C., Lenox Hill Hospital and Northwell Health, Inc., <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  17-cv-7986 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David B. Samadi, M.D.
485 Madison Avenue, 21st Floor
New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph Lanni, Esq.
The Jacob D. Fuchsberg Law Firm, LLP
3 Park Avenue, Ste 3700, 37th Floor
New York, New York  10015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  11/21/2019       /s/ P. Canales

*Signature of Clerk or Deputy Clerk*

