UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, *ex rel.*<br><br>GEORGE MARKELSON, as Executor of the Estate of STEPHEN MARKELSON, Deceased, and PETER NADLER and LORRAINE WATERS,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>DAVID B. SAMADI, M.D., DAVID B. SAMADI, M.D., P.C., LENOX HILL HOSPITAL and NORTHWELL HEALTH, INC.,<br><br>Defendants. | Case No.: 1:17-CV-07986-DLC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Relators GEORGE MARKELSON, as Executor of the Estate of STEPHEN MARKELSON, Deceased, PETER NADLER, and LORRAINE WATERS, in this action. I certify that I am admitted to practice in this Court.

Dated: November 25, 2019

By: _____
Jaehyun Oh
**The JACOB D. FUCHSBERG LAW FIRM, LLP**
3 Park Avenue, 37th Floor
New York, NY 10016
Tel.: (212) 869-3500
Fax: (212) 398-1532
Email: j.oh@fuchsberg.com