```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA, ex rel.       :
GEORGE MARKELSON, as Executor of the    :
Estate of STEPHEN MARKELSON, Deceased,  :   17cv7986 (DLC)
and PETER NADLER and LORRAINE WATERS,   :
                                        :   ORDER
              Plaintiffs,               :
                                        :
         -v-                            :
                                        :
DAVID B. SAMADI, M.D., DAVID B. SAMADI, :
M.D., P.C., LENOX HILL HOSPITAL and     :
NORTHWELL HEALTH, INC.,                 :
                                        :
              Defendants.               :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On December 2, 2019, counsel for relators George Markelson, Peter Nadler, and Lorraine Waters filed a letter with this Court requesting 45 days to pursue settlement discussions. Accordingly, it is hereby

ORDERED that the parties will be referred to mediation. The Clerk of Court will contact the parties when a mediator has been selected.

Dated:  New York, New York
        December 3, 2019

                                    _____
                                            DENISE COTE
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/19