UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
 :
UNITED STATES OF AMERICA, *ex rel.* : 17cv7986(DLC)
GEORGE MARKELSON, as Executor of the :
Estate of STEPHEN MARKELSON, Deceased, : ORDER
and PETER NADLER and LORRAINE WATERS, :
 :
                    Plaintiffs, :
         -v- :
 :
DAVID B. SAMADI, M.D., DAVID B. :
SAMADI, M.D., P.C., LENOX HILL :
HOSPITAL and NORTHWELL HEALTH, INC., :
 :
                    Defendants. :
 :
---------------------------------------- X
DENISE COTE, District Judge:

On April 1, 2020, the Government informed the Court that it consented to the executed settlement agreement between plaintiff-relators, George Markelson, Peter Nadler, and Lorraine Waters and defendants David B. Samadi, M.D. and David B. Samadi, M.D., P.C. Accordingly, it is hereby

ORDERED that by **April 10, 2020**, the parties shall file with the Court a proposed final judgment.

Dated:    New York, New York
          April 2, 2020

                                   _____
                                          DENISE COTE
                                   United States District Judge